UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

TONY HAMILTON,

    Plaintiff,

v.

    Case No. 2:24-cv-11

    HON. JANE M. BECKERING

QUENTIN BOLTON, et al.,

    Defendants.
_____/

### ORDER

This is a civil rights action brought by a state prisoner under 42 U.S.C. § 1983. Defendants Tanner Watson (named as Correctional Officer Watson) and Collin Perry (named as Sergeant Perry) filed a Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 23). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 26) on February 18, 2025, recommending that this Court grant the motion. The Report and Recommendation was duly served on the remaining parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 26) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment on the Basis of Exhaustion (ECF No. 23) is GRANTED.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith because Plaintiff failed to file any objections to the Report and Recommendation. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

2

A Judgment will be entered consistent with this Order.

Dated: March 19, 2025                                                  /s/ Jane M. Beckering
                                                                                     JANE M. BECKERING
                                                                                     United States District Judge